FILED
Oct 24  2 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARIN SODERBERG | : CIVIL NO.: 3:02CV02010 (PCD) |
| Plaintiff, | : |
| V. | : |
| GUNTHER INTERNATIONAL, INC. | : |
| Defendant | : October 22, 2003 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time of up to and including November 5, 2003, to file an opposition to Defendant's Motion for Summary Judgment.

1. The undersigned counsel represents that this is the second occasion on which she seeks an extension of time with respect to this obligation and further, that she contacted defense counsel this date regarding this motion. Defense counsel consents to the granting of this motion.

2. The undersigned is presently on trial in a criminal case which is expected to last until October 31, 2003. In addition, the undersigned had recently tried another case to the Superior Court in three employment cases consolidated for a hearing on a permanent injunction. The Court in that matter has requested post-trial briefs no later than October 27, 2003. The undersigned has thus been unable to meet with the plaintiff to prepare the necessary affidavit and exhibits needed for an opposition. Given the ongoing trial proceedings and other brief commitments, and given that the

undersigned is a sole practitioner, additional time is needed to prepare the opposition.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

                THE PLAINTIFF,
                KARIN SODERBERG

BY: _____
     KAREN LEE TORRE
     Fed. Bar No. ct01707
     Law Offices of Karen Lee Torre
     51 Elm Street, Suite 307
     New Haven, Connecticut 06510
     Tel. (203) 865-5541
     Fax: (203) 865-4844
     Her Attorney

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 22nd day of October, 2003, to:

Barry J. Waters, Esq.
Attorney Theresa M. Parietti
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven CT 06503-0704

_____
KAREN LEE TORRE

2