10/31/03. GRANTED. The plaintiff's motion for extension of time until 11/05/03 to file an opposition defendant's motion for summary judgment is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.

FILED
OCT 24 2 33 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG : CIVIL NO.: 3:02CV02010 (PCD)

Plaintiff,

V.

GUNTHER INTERNATIONAL, INC.

Defendant : October 22, 2003

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time of up to and including November 5, 2003, to file an opposition to Defendant's Motion for Summary Judgment.

1. The undersigned counsel represents that this is the second occasion on which she seeks an extension of time with respect to this obligation and further, that she contacted defense counsel this date regarding this motion. Defense counsel consents to the granting of this motion.

2. The undersigned is presently on trial in a criminal case which is expected to last until October 31, 2003. In addition, the undersigned had recently tried another case to the Superior Court in three employment cases consolidated for a hearing on a permanent injunction. The Court in that matter has requested post-trial briefs no later than October 27, 2003. The undersigned has thus been unable to meet with the plaintiff to prepare the necessary affidavit and exhibits needed for an opposition. Given the ongoing trial proceedings and other brief commitments, and given that the