UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:02CV02010 (PCD) |
| | : | |
| GUNTHER INTERNATIONAL, Ltd. | : | |
| | : | |
| Defendant. | : | NOVEMBER 5, 2003 |

DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, defendant Gunther International, Ltd. ("Gunther") respectfully moves for an extension of time to respond to plaintiff Karin Soderberg's opposition to Gunther's motion for summary judgment. In support of this motion Gunther represents that:

1.  As required by this Court's scheduling order and in accordance with Judge Dorsey's supplemental order regarding motion filing procedures, on August 29, 2003, Gunther served a motion for summary judgment and related papers upon plaintiff's counsel, and filed the appropriate certifications with this Court.

2.  On or about September 18, 2003, plaintiff's counsel contacted the undersigned to advise her that plaintiff intended to request an additional 30 days to respond to Gunther's motion for summary judgment. Gunther's counsel consented to this request and as a result, plaintiff's opposition was expected on or about October 22, 2003.

3.  On or about October 22, 2003, plaintiff's counsel contacted the undersigned

and advised her that plaintiff required additional time to respond, requesting through November 5th to file a response. Counsel again consented.

4.     As a result of the parties' agreement that plaintiff could have this additional time, Gunther's reply memorandum will now be due on or about November 20th. During the next three weeks, Gunther's attorneys are defending in injunction proceedings, representing a minor child in a previously scheduled trial in a pro bono matter, and deposing a plaintiff in a previously scheduled deposition. Further, counsel will be away during Thanksgiving week. Gunther therefore respectfully requests that this Court grant Gunther an extension of time of two weeks, if necessary, to file a reply brief, up through and including December 4th.

5.     The undersigned has discussed this request with plaintiff's counsel and she consents to Gunther's request.

DEFENDANT
GUNTHER INTERNATIONAL, LTD.

By _____
    Barry J. Waters – ct05520
    Theresa M. Parietti - ct-23559

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone: (203) 772-7700
Fax: (203) 772-7723
e-mail: bwaters@murthalaw.com
        tparietti@murthalaw.com

CERTIFICATE OF SERVICE

3

I hereby certify that a copy of the foregoing was sent first-class mail on this 5th day of November 2003 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

_____
Theresa M. Parietti – ct23559