FILED
Nov 13   3 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KARIN SODERBERG | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV02010 (PCD) |
| GUNTHER INTERNATIONAL, Ltd. | : |
| Defendant. | : NOVEMBER 13, 2003 |

## DEFENDANT'S SUPPLEMENTAL MOTION FOR EXTENSION OF TIME

Defendant Gunther International, Ltd. ("Gunther") respectfully supplements the motion for an extension of time to respond to plaintiff Karin Soderberg's opposition to Gunther's motion for summary judgment ("Opposition"), which Gunther filed with this Court on November 5th ("November 5th Motion"). A copy of this motion is attached hereto at Exhibit A.

In its November 5th Motion, Gunther requested (with plaintiff's consent), that it be permitted an additional **15** days, up through and including December 4th, to respond to plaintiff's Opposition. The basis for this request was that counsel had several prior professional commitments and had previously planned to travel for the Thanksgiving holiday. The Court previously had ruled that Plaintiff could file her Opposition up through and including November 5th. Thus, at the time that it filed its November 5th Motion, Gunther expected to receive plaintiff's Opposition on or about November 6th. As

**ORAL ARGUMENT NOT REQUESTED**

a result of computer problems experienced by plaintiff's counsel, Gunther did not receive the Opposition until the afternoon of November 10th and as a result, pursuant to the local rules, Gunther's reply memorandum is now due on or about November 24th. Although Gunther still requests through December 4th to file its reply, Gunther amends its November 5th Motion to reflect that it received plaintiff's Opposition on November 10th and is therefore requesting only an additional **9** days to file its reply.

DEFENDANT
GUNTHER INTERNATIONAL, LTD.

By _____
Barry J. Waters – ct05520
Theresa M. Parietti - ct-23559

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone: (203) 772-7700
Fax: (203) 772-7723
e-mail: bwaters@murthalaw.com
tparietti@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent first-class mail on this 13th day of November 2003 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Theresa M. Parietti – ct23559

Case 3:02-cv-02010-PCD    Document 22    Filed 11/13/2003    Page 4 of 7

FILED

Nov 5  2 53 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG                    :
                                   :
         Plaintiff,                :
                                   :
v.                                 :   CASE NO. 3:02CV02010 (PCD)
                                   :
GUNTHER INTERNATIONAL, Ltd.        :
                                   :
         Defendant.                :   NOVEMBER 5, 2003

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, defendant Gunther International, Ltd. ("Gunther") respectfully moves for an extension of time to respond to plaintiff Karin Soderberg's opposition to Gunther's motion for summary judgment. In support of this motion Gunther represents that:

1. As required by this Court's scheduling order and in accordance with Judge Dorsey's supplemental order regarding motion filing procedures, on August 29, 2003, Gunther served a motion for summary judgment and related papers upon plaintiff's counsel, and filed the appropriate certifications with this Court.

2. On or about September 18, 2003, plaintiff's counsel contacted the undersigned to advise her that plaintiff intended to request an additional 30 days to respond to Gunther's motion for summary judgment. Gunther's counsel consented to this request and as a result, plaintiff's opposition was expected on or about October 22, 2003.

3. On or about October 22, 2003, plaintiff's counsel contacted the undersigned

and advised her that plaintiff required additional time to respond, requesting through November 5th to file a response. Counsel again consented.

4. As a result of the parties' agreement that plaintiff could have this additional time, Gunther's reply memorandum will now be due on or about November 20th. During the next three weeks, Gunther's attorneys are defending in injunction proceedings, representing a minor child in a previously scheduled trial in a pro bono matter, and deposing a plaintiff in a previously scheduled deposition. Further, counsel will be away during Thanksgiving week. Gunther therefore respectfully requests that this Court grant Gunther an extension of time of two weeks, if necessary, to file a reply brief, up through and including December 4th.

5. The undersigned has discussed this request with plaintiff's counsel and she consents to Gunther's request.

                                              DEFENDANT
                                              GUNTHER INTERNATIONAL, LTD.

                                              By _____
                                                  Barry J. Waters – ct05520
                                                  Theresa M. Parietti - ct-23559

                                              Murtha Cullina LLP
                                              Whitney Grove Square
                                              Two Whitney Avenue, P.O. Box 704
                                              New Haven, Connecticut 06503-0704
                                              Telephone: (203) 772-7700
                                              Fax: (203) 772-7723
                                              e-mail: bwaters@murthalaw.com
                                                              tparietti@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent first-class mail on this 5th day of November 2003 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510

_____
Theresa M. Parietti – ct23559