

FILED
Nov 5 2 53 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG                              :

      Plaintiff,                              :
                                      :

v.                                           :       CASE NO. 3:02CV02010 (PCD) $\mathcal{PMM}$

GUNTHER INTERNATIONAL, Ltd.                  :

      Defendant.                              :       NOVEMBER 5, 2003

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

      Pursuant to D. Conn. L. Civ. R. 7, defendant Gunther International, Ltd.

("Gunther") respectfully moves for an extension of time to respond to plaintiff Karin

Soderberg's opposition to Gunther's motion for summary judgment. In support of this

motion Gunther represents that:

      1.     As required by this Court's scheduling order and in accordance with Judge

Dorsey's supplemental order regarding motion filing procedures, on August 29, 2003,

Gunther served a motion for summary judgment and related papers upon plaintiff's counsel,

and filed the appropriate certifications with this Court.

      2.     On or about September 18, 2003, plaintiff's counsel contacted the undersigned

to advise her that plaintiff intended to request an additional 30 days to respond to Gunther's

motion for summary judgment. Gunther's counsel consented to this request and as a result,

plaintiff's opposition was expected on or about October 22, 2003.

      3.     On or about October 22, 2003, plaintiff's counsel contacted the undersigned