11/24/03. GRANTED. The defendant's motion for extension of time until 12/04/03 to respond to plaintiff's opposition to motion for summary judgment is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.

FILED
Nov 13  3 22 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG

    Plaintiff,

v.                                                    CASE NO. 3:02CV02010 (PCD)

GUNTHER INTERNATIONAL, Ltd.

    Defendant.                              NOVEMBER 13, 2003

## DEFENDANT'S SUPPLEMENTAL MOTION FOR EXTENSION OF TIME

Defendant Gunther International, Ltd. ("Gunther") respectfully supplements the motion for an extension of time to respond to plaintiff Karin Soderberg's opposition to Gunther's motion for summary judgment ("Opposition"), which Gunther filed with this Court on November 5th ("November 5th Motion"). A copy of this motion is attached hereto at Exhibit A.

In its November 5th Motion, Gunther requested (with plaintiff's consent), that it be permitted an additional **15** days, up through and including December 4th, to respond to plaintiff's Opposition. The basis for this request was that counsel had several prior professional commitments and had previously planned to travel for the Thanksgiving holiday. The Court previously had ruled that Plaintiff could file her Opposition up through and including November 5th. Thus, at the time that it filed its November 5th Motion, Gunther expected to receive plaintiff's Opposition on or about November 6th. As

**ORAL ARGUMENT NOT REQUESTED**