**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

FILED

'03 NOV 24  2 57 PH '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

Karen SODERBERG,                    :
       Plaintiff,                        :
                        :
      -vs-                              : Civil No. 3:02cv2010 (PCD)
                        :
GUNTHER INT'L, INC.                 :
       Defendant.                       :

## RULING ON MOTION FOR EXTENSION OF TIME

    Defendant's motion for extension of time for settlement conference [Doc. No. 13] is

**denied** as moot.

    So ORDERED.

    Dated at New Haven, Connecticut, November 24, 2003.

                                        Peter C. Dorsey
                           United States District Judge