UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:02CV02010 (PCD) |
| GUNTHER INTERNATIONAL, Ltd. | : | |
| Defendant. | : | AUGUST 29, 2003 |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local R. 7, defendant Gunther International, Ltd.[1] ("Gunther") respectfully moves that this Court enter summary judgment in its favor on plaintiff Karin Soderberg's one-count complaint dated November 12, 2002 ("Complaint"). In her Complaint, plaintiff alleges that Gunther terminated her in violation of the Age Discrimination in Employment Act ("ADEA"). As the interrogatories, deposition testimony, and affidavit submitted herewith show, there are no genuine issues of material fact to be tried with respect to plaintiff's ADEA claim. Gunther therefore is entitled to judgment on plaintiff's Complaint as a matter of law.

In support of this motion, Gunther submits concurrently herewith: Defendant's Memorandum of Law in Support of Motion for Summary Judgment; Statement of Undisputed Material Facts Pursuant to Local Rule 56(a)1; and an appendix containing the

---

[1] While plaintiff refers to Gunther International, **Inc**. in her complaint, she was employed by Gunther International**, Ltd.** There is no entity titled Gunther International, **Inc**.

**ORAL ARGUMENT REQUESTED**

supporting affidavit of Marc I. Perkins, documents, and unpublished authority that Gunther relies upon in support of this motion.

        DEFENDANT
        GUNTHER INTERNATIONAL, LTD.


 By  _____
     Barry J. Waters – ct05520
     Theresa M. Parietti - ct-23559

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone:  (203) 772-7700
Fax:  (203) 772-7723
e-mail:  bwaters@murthalaw.com
        tparietti@murthalaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion for Summary Judgment was hand-delivered on this 29th day of August 2003 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

Theresa M. Parietti – ct23559