UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:02CV02010 (PCD) |
| | : | |
| GUNTHER INTERNATIONAL, LTD. | : | |
| | : | |
| Defendant. | : | AUGUST 29, 2003 |

### DEFENDANT'S APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| Tab | Description |
|---|---|
| A | Affidavit of Marc I. Perkins, dated August 28, 2003. |
| B | Relevant portions of deposition transcript of Karin Soderberg, dated March 26, 2003. |
| C | G000035-37, plaintiff's performance review dated January 28, 2000. |
| D | Affidavit of Illegal Discriminatory Practice, dated May 18, 2000. |
| E | CHRO Notice of Final Agency Action No Reasonable Cause/Administrative Dismissal Determination, dated July 30, 2002 |
| F | G000415-16, Gary Schaefer's resume. |
| G | G000185-190, documents relating to Gunther's search for marketing manager. |
| H | Hatter v. New York City Housing Auth., 1998 U.S. App. LEXIS 27571 (2d. Cir. Oct. 22, 1998). |

| | |
|---|---|
| I | <u>Gordon v. Pall Aeropower Corp.</u>, 1998 U.S. Dist. LEXIS 18602 (M.D.Fla. Sept. 28, 1998). |
| J | <u>Molnar v. Pratt & Whitney</u>, 2003 U.S. App. LEXIS 7974 (2d Cir. April 25, 2003). |
| K | <u>Silva v. The Advocacy Center, Inc.</u>, 2003 U.S. App. LEXIS 6353 (2d Cir. April 2, 2003). |
| L | <u>Tarshis v. The Riese Org.</u>, 2003 U.S. App. LEXIS 5989 (2d Cir. March 27, 2003). |
| M | <u>Druyan v. Hofstra Univ.</u>, 2003 U.S. App. LEXIS 1441 (2d Cir. Jan. 28, 2003). |
| N | <u>Walsh v. United Cable Tech. Servs. Corp.</u>, 1999 U.S. App. LEXIS 34238 (2d Cir. Dec. 20, 1999). |
| O | <u>Kyriazi v. Rumsfeld</u>, 2003 U.S. App. LEXIS 9605 (2d Cir. May 16, 2003). |
| P | G000038-47, plaintiff's performance review, signed February 5, 1999. |
| Q | <u>Schuster v. Lucent Techs.</u>, 2003 U.S. App. LEXIS 7988 (7th Cir. Apr. 28, 2003). |
| R | <u>Curry v. E-Systems</u>, 1995 U.S. App. LEXIS 34724 (4th Cir. Dec. 11, 1995). |
| S | <u>Hawkins v. Astor Home for Children</u>, 1998 U.S. Dist. LEXIS 3599 (S.D.N.Y. March 25, 1998). |
| T | <u>McCambridge v. Bethlehem Steel Corp.</u>, 1995 U.S. Dist. LEXIS 10003, (E.D.Pa. 1995). |

- 3 -

DEFENDANT
GUNTHER INTERNATIONAL, LTD.


By _____
   Barry J. Waters – ct05520
   Theresa M. Parietti - ct-23559

Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue, P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone: (203) 772-7700
Fax: (203) 772-7723
e-mail: bwaters@murthalaw.com
        tparietti@murthalaw.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Appendix in Support of Its Motion for Summary Judgment was hand-delivered on this 29th day of August 2003 to:

Karen Lee Torre
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT  06510

_____
Theresa M. Parietti – ct23559