FILED
Dec 3  3:36 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

FILED
Dec 9  4:05 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | CIVIL NO.: 3:02CV02010 (PCD) |
| Plaintiff, | : | |
| V. | : | |
| GUNTHER INTERNATIONAL, INC. | : | |
| Defendant | : | November 10, 2003 |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Karin Soderberg, by and through her undersigned counsel, hereby objects to Defendant's Motion for Summary Judgment and in opposition thereto submits the following:

1. Plaintiff's response to Defendant's Rule 56(a) Statement and plaintiff's counter statement of material facts in dispute.

2. Exhibits 1-10.

3. Memorandum of Law.

                THE PLAINTIFF,
                KARIN SODERBERG

BY: _____
     Karen Lee Torre
     Fed. Bar No. ct01701
     Law Offices of Karen Lee Torre
     51 Elm Street, Suite 307
     New Haven, Connecticut 06510
     Tel. (203) 865-5541
     Fax: (203) 865-4844

     Her Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered this 10th day of November, 2003 to:

Barry J. Waters, Esq.
Attorney Theresa M. Parietti
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven CT 06503-0704

_____
Karen Lee Torre

2