FILED
Dec 3  3 36 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN

FILED
Dec 9  4 05 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | CIVIL NO.: 3:02CV02010 (PCD) |
| Plaintiff, | : | |
| V. | : | |
| GUNTHER INTERNATIONAL, INC. | : | |
| Defendant | : | November 10, 2003 |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

The plaintiff, Karin Soderberg, by and through her undersigned counsel, hereby objects to Defendant's Motion for Summary Judgment and in opposition thereto submits the following:

1. Plaintiff's response to Defendant's Rule 56(a) Statement and plaintiff's counter statement of material facts in dispute.

2. Exhibits 1-10.

3. Memorandum of Law.

THE PLAINTIFF,
KARIN SODERBERG

BY: _____
Karen Lee Torre
Fed. Bar No. ct01701
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Her Attorney

**CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered this 10th day of November, 2003 to:

Barry J. Waters, Esq.
Attorney Theresa M. Parietti
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven CT 06503-0704

_____
Karen Lee Torre

2