UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG

    v.                                              CIVIL NO.  3:02 CV 2010 (PCD)

GUNTHER INTERNATIONAL, INC.

## JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 8, 2004, entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 13th day of January, 2004.

                                    KEVIN F.  ROWE, CLERK
                                    By

                                    /s/

                                    Patricia A. Villano
                                    Deputy Clerk

EOD: _____