UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG                    :    CIVIL NO.: 3:02CV02010 (PCD)

   Plaintiff,              :

V.                                 :

GUNTHER INTERNATIONAL, INC.        :

   Defendant               FEBRUARY 12, 2004


### NOTICE OF APPEAL

1.  Pursuant to F.R.A.P. 4(a)(1), Karin Soderberg hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment:

  The Judgment, entered in favor of defendant dated and entered on January 13, 2004, a copy of which is attached hereto.

           THE PLAINTIFF,
           KARIN SODERBERG

           BY: _____
           KAREN LEE TORRE
           Fed. Bar No. ct01707
           Law Offices of Karen Lee Torre
           51 Elm Street, Suite 307
           New Haven, Connecticut 06510
           Tel. (203) 865-5541
           Fax: (203) 865-4844
           Her Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 12th day of February 2004, to:

Barry J. Waters, Esq.
Attorney Theresa M. Parietti
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven CT 06503-0704

_____
KAREN LEE TORRE

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARIN SODERBERG

v.                                    CIVIL NO. 3:02 CV2010 (PCD)

GUNTHER INTERNATIONAL, INC.

## JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 8, 2004, entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 13th day of January, 2004.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 1/13/04