FILED

Mar 16  3 10 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | CIVIL NO.: 3:02CV02010 (PCD) |
| | : | |
| Plaintiff-Appellant, | : | USCA NO: 04-0959-CV |
| | : | |
| V. | : | |
| | : | |
| GUNTHER INTERNATIONAL, INC. | : | |
| | : | March 16, 2004 |
| Defendant-Appellee. | | |

### INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 11/13/2002 | 1 | Complaint (Entered 11/14/2002) | 1 |
| 1/02/2003 | 8 | Answer and Affirmative Defense to Complaint by Gunther Intl, Inc. (Entered 01/02/2003) | 2 |
| 12/09/2003 | 26 | Motion for Summary Judgment by Gunther, Intl, Inc. (Entered 12/10/2003) | 3 |
| 12/09/2003 | 27 | Memorandum in Support re 26 Motion for Summary Judgment filed by Gunther Intl, Inc. (Entered 12/10/2003) | 4 |
| 12/09/2003 | 28 | Statement of Material Facts re 26 Motion for Summary | 5 |

| | | | |
|---|---|---|---|
| | | Judgment filed by Gunther Intl, Inc. (Entered 12/10/2003) | |
| 12/09/2003 | 29 | Appendix in Support and exhibits in paper form re 26 Motion for Summary Judgment filed by Gunther Intl, Inc. (Entered 12/11/2003) | 6 |
| 12/09/2003 | 30 | Memorandum in Opposition with exhibits in paper form re 26 Motion for Summary Judgment filed by Karin Soderberg. (Entered 12/11/2003) | 7 |
| 12/09/2003 | 31 | Opposition re 26 Motion for Summary Judgment filed by Karin Soderberg. (Entered 12/11/2003) | 8 |
| 12/09/2003 | 32 | Affidavit re 26 Motion for Summary Judgment signed by Karin Soderberg filed by Karin Soderberg. (Entered 12/11/2003) | 9 |
| 12/09/2003 | 33 | Local Rule 56(a) 2 Statement re 26 Motion for Summary Judgment filed by Karin Soderberg. (Entered 12/11/2003) | 10 |
| 12/09/2003 | 34 | Reply to Response with exhibits in paper format to 26 Motion for Summary Judgment filed by Gunther Intl, Inc. (Entered 12/11/2003) | 11 |

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

| | | | |
|---|---|---|---|
| 1/08/2004 | 35 | Ruling granting 26 Motion for Summary Judgment. (Entered 01/08/2004) | 12 |
| 1/13/2004 | 36 | Judgment in favor of defendant. (Entered 01/13/2004) | 13 |

THE PLAINTIFF-APPELLANT,
KARIN SODERBERG

BY: _____
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844
Her Attorney

CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered this 16th day of March, 2004, to:

Attorney Theresa M. Parietti
Murtha Cullina LLP
Whitney Grove Square
Two Whitney Avenue
P.O. Box 704
New Haven CT 06503-0704

_____
Karen Lee Torre

3