## DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** February 18, 2004     **TO:** Intake Clerk

**FROM:** Rita Warner - 203-773-2740

FILED
MAR 3  3 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Karin Soderberg vs Gunther International, Inc.

**DOCKET NO.:** 3:02cv2010(PCD)

**NOTICE OF APPEAL:** filed: February 12, 2004

**APPEAL FROM:** final judgment: x

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓     Due ____     N/A ____

IFP revoked ____     Application Attached ____

IFP pending before district judge  No

**COUNSEL:** CJA ____     Retained ✓     Pro Se ____

**TIME STATUS:** Timely ✓     Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____     Denied ____

**COA:** Granted ____     Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: S.P.     DATE: 2-25-04
DEPUTY CLERK, USCA

USCA No. _____