I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 3/29/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT

FILED
APR 5  1 40 PM '04

FILED
MAR 16  3 10 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KARIN SODERBERG | : | CIVIL NO.: 3:02CV02010 (PCD) |
| Plaintiff-Appellant, | : | USCA NO: 04-0959-CV |
| V. | : | |
| GUNTHER INTERNATIONAL, INC. | : | |
| | : | March 16, 2004 |
| Defendant-Appellee. | | |

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 11/13/2002 | 1 | Complaint (Entered 11/14/2002) | 1 |
| 1/02/2003 | 8 | Answer and Affirmative Defense to Complaint by Gunther Intl, Inc. (Entered 01/02/2003) | 2 |
| 12/09/2003 | 26 | Motion for Summary Judgment by Gunther, Intl, Inc. (Entered 12/10/2003) | 3 |
| 12/09/2003 | 27 | Memorandum in Support re 26 Motion for Summary Judgment filed by Gunther Intl, Inc. (Entered 12/10/2003) | 4 |
| 12/09/2003 | 28 | Statement of Material Facts re 26 Motion for Summary | 5 |